IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| BONNIE HARDY, | ) | Case No. 4:12-cv-00024 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CAROLYN W. COLVIN,[1] | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |

Before me is the Report and Recommendation of the United States Magistrate Judge recommending that an Order be entered denying the Commissioner of Social Security's Motion for Summary Judgment [ECF No. 20], granting, in part, Plaintiff's Motion for Summary Judgment [ECF No. 17], and remanding this case to the Commissioner for further proceedings. The Report and Recommendation was filed on June 7, 2013, from which date the parties had fourteen (14) days to file objections. No objections were filed. Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **DENIED**, Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**, and the case is **REMANDED** to the Commissioner for further proceedings.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin hereby is substituted for Michael J. Astrue as the defendant in this action.

The Clerk is directed to send a copy of this Order to counsel of record as well as to United States Magistrate Judge B. Waugh Crigler.

ENTERED this 27th day of June, 2013.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE